IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA, )
)
        Plaintiff, )        8:03CR312
)
   v. )
)
FURITA KAE DRIVER, )        ORDER
)
        Defendant. )
_____)

This matter is before the Court on defendant's motion to restrict (Filing No. 69) and on defendant's motion to review detention (Filing No. 70). The Court finds the motions should be granted. Accordingly,

IT IS ORDERED:

1) Defendant's motion to restrict is granted. Filing No. 70 shall remain restricted until further order of the Court.

2) Defendant's motion to review detention is granted. The United States Marshal shall bring defendant to the Roman L. Hruska United States Courthouse on the morning of November 17, 2011. A member of the office of the Federal Public Defender shall transport defendant to the Siena/Francis House on November 17, 2011, for inpatient treatment.

2) The hearing on the petition for warrant or summons for offender under supervision (Filing No. 48) is rescheduled for:

        **Friday, March 2, 2012, at 11 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

3) Any action that causes defendant to be removed from the Siena/Francis House treatment program will accelerate defendant's hearing date.

DATED this 16th day of November, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court