IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:03CR312 |
| v. | ) | |
| FURITA KAE DRIVER, | ) | ORDER |
| Defendant. | ) | |

On March 2, 2012, a Final Disposition hearing was held on Petition for Warrant for Offender Under Supervision (Filing No. 62). Plaintiff was represented by Thomas J. Kangior. Defendant was present and represented by Richard H. McWilliams.

The defendant had previously admitted to allegations 3 and 4 of the Petition for Warrant for Offender Under Supervision. The government moved to dismiss allegations 1, 2, 5 and 6. The Court found the defendant to be in violation of her conditions of supervised release. The Court then proceeded to the Final Disposition hearing.

IT IS ORDERED the defendant is placed back on supervised release until April 1, 2013, subject the same terms and conditions as previously imposed..

DATED this 5th day of March 2012.

BY THE COURT:

/s/ Lyle E. Strom

LYLE E. STROM, Senior Judge
United States District Court